UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                        Case No.: 22-19451-PDR

FedNat Holding Company, *et al*[1].                              Chapter 11
                                                                                                (Joint Administration Requested)

          Debtors.
_____/

## CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B), FedNat Holding Company, *et al.*, the debtors and debtors-in-possession in the above-captioned cases (collectively, the "Debtors"), file this *Consolidated Chapter 11 Case Management Summary* and state:

The following data and the data set forth in the attached exhibit represents approximations for background information only and the information represents the Debtors' reasonable estimates in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 for all above-captioned Debtors:

   **December 11, 2022**

2. Names, case numbers and dates of filing for each of the Debtors:

   | Debtor Name | Case Number | Date of Filing |
   |---|---|---|
   | FedNat Holding Company | Case No. 22-19451 | December 11, 2022 |
   | FedNat Underwriters, Inc. | Case No. 22-19452 | December 11, 2022 |
   | ClaimCor, LLC | Case No. 22-19453 | December 11, 2022 |
   | Century Risk Insurance Services, Inc. | Case No. 22-19454 | December 11, 2022 |
   | Insure-Link, Inc. | Case No. 22-19455 | December 11, 2022 |

3. Description of Debtors' businesses:

---

[1] The Debtors in these Chapter 11 Cases are FedNat Holding Company; FedNat Underwriters, Inc.; ClaimCor, LLC; Century Risk Insurance Services, Inc.; and Insure-Link, Inc. The Debtors' headquarters are located at 14050 N.W. 14th Street, Suite 180, Sunrise, Florida.

**For a detailed description of the Debtors, their operations, and their assets and liabilities, the Debtors respectfully refer the Court and parties-in-interest to the *Declaration of Katie S. Goodman, Chief Restructuring Officer of FedNat Holding Company, In Support of Debtors' Chapter 11 Petitions and First Day Motions* (the "Goodman Declaration") filed on the date hereof (the "Petition Date").**

4. Locations of Debtors' operations and whether the business premises are leased or owned:

| Location | Address | Leased or Owned |
|---|---|---|
| Sunrise, Florida | 14050 N.W. 14th Street, Suite 180 | Leased |
| Tampa, Florida | 6911 Pistol Range Road, Suite 101B | Leased |

5. Reasons for filing Chapter 11:

   **Please see Goodman Declaration.**

6. List of officers and directors, if applicable, and their salaries and benefits[2] at the time of filing and during the 1 year prior to filing:

   **Please see attached Exhibit "A".**

7. Debtors' combined fiscal or calendar year to date gross income and Debtors' combined gross income for the calendar or fiscal year prior to the filing of these petitions:

   **2022: $49,368,197 (January 1, 2022-September 30, 2022)**

   **2021: $142,832.978**

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations:

   **Approximately $217,452.90*, consisting of:**
   **i. Employee wages and related obligations - $201,550.56**
   **ii. Taxes (accrued on payroll obligations but not due or payable until payroll is made) - $15,902.34****
         *accrued from last payroll calculated through 12/3/22
         **includes SII, Medicare and Unemployment

---

[2] Employee benefits are described in the Debtors' *Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay (I) All Prepetition Employee Obligations, (II) Prepetition Withholding Obligations, and (III) Postpetition Employee Obligations in the Ordinary Course, and (B) Authorizing Banks to Honor Related Transfers* filed on the Petition Date.

    b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and

    **The Debtors have no creditors holding secured claims.**

    c. Amount of unsecured claims:

    **Approximately $171 million**

9. General description and approximate value of the Debtors' assets:

| General Description | Approximate Value |
|---|---|
| Cash and cash equivalents | $6,600,000 |
| Deposits and prepayments | $0 |
| Accounts receivable (including unbilled WIP) | $3,900,000 |
| Investments | $2,000,000 - $8,000,000* |
| Inventory | $0 |
| Office furniture, fixtures, and equipment | $1,000 |
| Machinery, equipment, and vehicles | $0 |
| Real property | $0 |
| Intangibles and intellectual property | $1,400,000 |
| Tax refunds and unused net operating losses | $13,000,000 |
| Causes of action | Unknown |

*Investment in MNIC

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

**The foregoing information is contained in and is attached to the *Debtors' Motion for an Order (I) Authorizing the Debtors to (A) Continue Their Workers' Compensation Programs and Their Liability, Property and Other Insurance Programs and (B) Pay Certain Obligations in Respect Thereof, and (II) Authorizing the Debtors' Financial Institutions to Honor and Process Checks and Transfers Related to Such Obligations*, filed on the Petition Date.**

11. Number of employees and amounts of wages owed as of the Petition Date:

**The foregoing information is contained in the Debtors' *Motion for Entry of Interim and Final Orders (A) Authorizing Debtors to Pay (I) All Prepetition Employee Obligations, (II) Prepetition Withholding Obligations, and (III) Postpetition Employee Obligations in the Ordinary Course, and (B) Authorizing Banks to Honor Related Transfers, filed on the Petition Date.***

12. Status of Debtors' payroll and sales tax obligations, if applicable.

    **As of the Petition Date, the Debtors estimate that there are no unpaid, outstanding amounts owed to taxing authorities on account of payroll tax obligations.**

    **Only Debtor ClaimCor, LLC incurs sales tax obligations in the state of Texas. As of the Petition Date, sales taxes are owing in the amount of $1,319.78.**

13. Anticipated emergency relief to be requested within 14 days from the Petition Date:

    **Please see attached Exhibit "B" which contains a list of the various "first day" motions and applications filed on the Petition Date.**

Dated: December 11, 2022            Respectfully submitted,

                                    FedNat Holding Company, *et al.,* Debtors
                                    14050 N.W. 14th Street
                                    Suite 180
                                    Sunrise, Florida 33323

                                    By: /s/ *Katie S. Goodman*
                                        Katie S. Goodman
                                        Chief Restructuring Officer
                                        FedNat Holding Company

**EXHIBIT "A"**

| Name | Title | Salary and Benefits at Time of Filing | Salary and Benefits During the 1 Year Prior to Filing |
|---|---|---|---|
| **David K. Patterson** | **Director and Former Interim CEO** | **$0.00** | **$74,062.50 paid to DKP Board Services LLC for director and $251,747.89 as Interim CEO** |
| **Jenifer G. Kimbrough** | **Director** | **$0.00** | **$95,062.50** |
| **Thomas A. Rogers** | **Director** | **$0.00** | **$74,062.50** |
| **Bruce F. Simberg** | **Director** | **$0.00** | **$116,062.50** |
| **Roberta N. Young** | **Director** | **$0.00** | **$92,437.50** |
| **David W. Michelson** | **Director** | **$0.00** | **Paid to DWN Consulting, LLC $89,062.50** |

**EXHIBIT "B"**
**First Day Motions and Applications**

1. ***DEBTORS' EX PARTE MOTION FOR JOINT ADMINISTRATION*** [ECF No. 5]

2. ***DEBTORS' EX PARTE MOTION FOR AUTHORIZATION TO (I) FILE A CONSOLIDATED CHAPTER 11 CASE MANAGEMENT SUMMARY, (II) FILE A CONSOLIDATED LIST OF CREDITORS, (III) FILE A CONSOLIDATED LIST OF TOP THIRTY CREDITORS, AND (IV) WAIVE THE REQUIREMENT TO FILE A LIST OF EQUITY SECURITY HOLDERS OF FEDNAT HOLDING COMPANY AND MODIFY NOTICE THERETO*** [ECF No. 6]

3. ***DEBTORS' EMERGENCY MOTION FOR APPROVAL OF FORM OF NOTICE OF COMMENCEMENT AND PROOF OF CLAIM*** [ECF No. 7]

4. ***DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) EMPLOY AND RETAIN GGG PARTNERS, LLC TO PROVIDE A CHIEF RESTRUCTURING OFFICER, ADDITIONAL PERSONNEL, AND FINANCIAL ADVISORY AND RESTRUCTURING RELATED SERVICES, (B) DESIGNATING KATIE S. GOODMAN AS CHIEF RESTRUCTURING OFFICER FOR THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE AND (II) GRANTING RELATED RELIEF*** [ECF No. 8]

5. ***DEBTORS' EMERGENCY APPLICATION FOR ENTRY OF ORDER AUTHORIZING DEBTORS TO EMPLOY AND RETAIN STRETTO, INC., AS NOTICE, CLAIMS AND SOLICITATION AGENT, EFFECTIVE AS OF THE PETITION DATE*** [ECF No. 9]

6. ***DEBTORS' MOTION FOR ENTRY OF INTERIM AND FINAL ORDERS (A) AUTHORIZING DEBTORS TO PAY (I) ALL PREPETITION EMPLOYEE OBLIGATIONS, (II) PREPETITION WITHHOLDING OBLIGATIONS, AND (III) POSTPETITION EMPLOYEE OBLIGATIONS IN THE ORDINARY COURSE, AND (B) AUTHORIZING BANKS TO HONOR RELATED TRANSFERS*** [ECF No. 10]

7. ***DEBTORS' EMERGENCY MOTION FOR INTERIM AND FINAL ORDERS (A) AUTHORIZING THE DEBTORS TO CONTINUE TO (I) MAINTAIN THEIR CASH MANAGEMENT SYSTEM, (II) HONOR CERTAIN PREPETITION AND POSTPETITION OBLIGATIONS RELATED THERETO, (III) USE EXISTING BUSINESS FORMS, AND (IV) PERFORM INTERCOMPANY TRANSACTIONS, AND (B) GRANTING RELATED RELIEF*** [ECF No. 11]

8. ***DEBTORS' MOTION FOR AN ORDER (I) AUTHORIZING THE DEBTORS TO (A) CONTINUE THEIR WORKERS' COMPENSATION PROGRAMS AND THEIR LIABILITY, PROPERTY AND OTHER INSURANCE PROGRAMS AND (B) PAY CERTAIN OBLIGATIONS IN RESPECT THEREOF, AND (II) AUTHORIZING THE DEBTORS' FINANCIAL INSTITUTIONS TO HONOR AND PROCESS CHECKS AND TRANSFERS RELATED TO SUCH OBLIGATIONS*** [ECF No. 12]

9. ***DEBTORS' MOTION PURSUANT TO 11 U.S.C. §§ 362 & 105(a) FOR ENTRY OF INTERIM AND FINAL ORDERS ESTABLISHING NOTIFICATION AND HEARING PROCEDURES AND APPROVING RESTRICTIONS ON CERTAIN TRANSFERS OF INTERESTS IN THE DEBTORS' ESTATES*** [ECF No. 13]

10. ***DECLARATION OF KATIE S. GOODMAN, CHIEF RESTRUCTURING OFFICER OF FEDNAT HOLDING COMPANY, IN SUPPORT OF DEBTORS' CHAPTER 11 PETITIONS AND FIRST DAY MOTIONS*** [ECF No. 14]