UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERALE DIVISION
www.flsb.uscourts.gov

In re:

| | |
|---|---|
| FedNat Holding Company | Case Nos.:  0:22-bk-19451-PDR |
| FedNat Underwriters, Inc. | 0:22-bk-19452-PDR |
| ClaimCor, L.L.C. | 0:22-bk-19453-PDR |
| Century Risk Insurance Servicers, Inc. | 0:22-bk-19454-PDR |
| Insure-Link, Inc. | 0:22-bk-19455-PDR |

Chapter 11 Cases
*jointly administered under 22-19451*

Debtors.
_____/

**UNITED STATES TRUSTEE
NOTICE OF APPOINTMENT OF
OFFICIAL UNSECURED CREDITORS COMMITTEE
IN AND OVER THE JOINTLY ADMINISTERED CHAPTER 11 CASES**

Under section 1102(a), title 11, United States Code, the United States Trustee for Region 21 hereby gives notice that the following creditors holding unsecured claims are willing to serve as a committee of unsecured creditors with the powers enumerated under 11 U.S.C. § 1103 in these jointly administered chapter 11 bankruptcy cases captioned above.

**Member**

1. Rick Kelley
   TierPoint, L.L.C.
   12444 Powerscourt Drive, Suite 450
   St. Louis, MO 63131
   314-626-7046
   rick.kelley@tierpoint.com

2. Todd Burney
   Lead Adjusting, L.L.C.
   21 NE 22nd St., Apt. 1227
   Miami, FL 33137
   585-545-8817
   todd@leadadjusting.com

3. Les Schlesinger
   Links Insurance Services
   2901 Clint Moor Rd., Ste. 317
   Boca Raton, FL 33496
   561-314-1720
   l.schlesinger@linksinsuranceservices.com

4. Dennis Roemlein
   The Bank of New York Mellon
   601 Travis Street, 16th Floor
   New York, NY 10286
   713-483-6531
   Dennis.Roemlin@bnymellon.com

5. Juan Mira
   Sawgrass Commerce Center
   225 N.E. Mizner Blvd., Suite 501
   Boca Raton, FL 33432
   561-300-3466
   juan@ipcappartners.com

Dated:  9 January 2023

                Respectfully submitted,

                Mary Ida Townson
                U.S. TRUSTEE, REGION 21

By:   /s/ J. Steven Wilkes (Ala Bar # WIL-278)
       Trial Attorney
       U.S. Department of Justice
       Office of the U.S. Trustee, Region 21
       501 East Polk Street, Suite 1200
       Tampa, Florida 33602
       (813) 228-2000 / fax (813) 228-2303
       steven.wilkes@usdoj.gov

## CERTIFICATE OF SERVICE

        I hereby certify that a true and correct copy of the foregoing has been served electronically, or via United States mail service postage prepaid, on or before 09 January 2023:

Electronically:      Shane G. Ramsey; Debtors' Counsel
                          Rick Kelley - rick.kelley@tierpoint.com
                          Todd Burney - todd@leadadjusting.com
                          Les Schlesinger - l.schlesinger@linksinsuranceservices.com
                          Dennis Roemlein - Dennis.Roemlin@bnymellon.com
                          Jason Isaacson - juan@ipcappartners.com

All other parties receiving CM/ECF Notice of Filing

                                                          /s/ J. Steven Wilkes