UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

Case No.: 22-19451-PDR

FedNat Holding Company, *et al*[1].

Chapter 11
(Jointly Administered)

Debtors.

_____/

**DEBTORS' AGREED *EX PARTE* MOTION TO CONTINUE HEARINGS
SCHEDULED FOR JANUARY 17, 2023**

The debtors and debtors-in-possession in the above-captioned cases (collectively, the

"**Debtors**"), pursuant to Local Rule 9013-1(C)(8), move the Court, on an *ex parte* basis, for the

entry of an agreed order continuing the hearings scheduled for January 17, 2023 at 1:30 p.m., to

consider the following:

(i)     Debtors' Motion for Entry of Interim and Final Orders (a) Authorizing Debtors to
        Pay (i) all Prepetition Employee Obligations, (ii) Prepetition Withholding
        Obligations, and (iii) Postpetition Employee Obligations in the Ordinary Course,
        and (b) Authorizing Banks to Honor Related Transfers [ECF No. 10];

(ii)    Debtors' Emergency Motion for Interim and Final Orders (a) Authorizing the
        Debtors to Continue to (i) Maintain Their Cash Management System, (ii) Honor
        Certain Prepetition and Postpetition Obligations Related Thereto, (iii) Use
        Existing Business Forms, and (iv) Perform Intercompany Transactions, and (b)
        Granting Related Relief [ECF No. 11];

(iii)   Debtors' Motion for an Order (i) Authorizing the Debtors to (a) Continue Their
        Workers' Compensation Programs and Their Liability, Property and Other
        Insurance Programs and (b) Pay Certain Obligations in Respect Thereof, and (ii)
        Authorizing the Debtors' Financial Institutions to Honor and Process Checks and
        Transfers Related to Such Obligations [ECF No. 12];

---

[1] The Debtors in these Chapter 11 Cases are FedNat Holding Company; FedNat Underwriters, Inc.; ClaimCor, LLC;
Century Risk Insurance Services, Inc.; and Insure-Link, Inc.  The Debtors' headquarters are located at 14050 N.W.
14th Street, Suite 180, Sunrise, Florida.

(iv)     Debtors' Motion Pursuant to 11 U.S.C. §§ 362 & 105(a) for Entry of Interim and Final Orders Establishing Notification and Hearing Procedures and Approving Restrictions on Certain Transfers of Interests in the Debtors' Estates [ECF No. 13];

(v)      Debtors' Application for Entry of an Order (i) Authorizing the Debtors to (a) Employ and Retain GGG Partners, LLC to Provide a Chief Restructuring Officer, Additional Personnel, and Financial Advisory and Restructuring Related Services, (b) Designating Katie S. Goodman as Chief Restructuring Officer for the Debtors, Effective as of the Petition Date and (ii) Granting Related Relief [ECF No. 8];

(vi)     Debtors' Motion Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject an Executory Contract Between FedNat Underwriters, Inc. and HG Managing Agency, LLC Effective as of the Petition Date [ECF No. 48];

(vii)    Debtors' Omnibus Motion Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Unexpired Non-Residential Real Property Leases [ECF No. 65];

(viii)   Application by the Debtors for Entry of an Order Authorizing the Employment and Retention of Nelson Mullins Riley & Scarborough LLP, as Bankruptcy Counsel to the Debtors and Debtors-in-Possession Effective as of the Petition Date [ECF No. 72];

(ix)     Debtors' Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals [ECF No. 73]; and

(x)      Motion Pursuant to 11 U.S.C. Sections 105, 363, 365, 503 and 507 and Bankruptcy Rules 2002, 6004 and 6006 for (i) Entry of an Order (a) Establishing Bid and Auction Procedures Related to the Sale of Substantially all of Debtor Insure-Link, Inc.'s Assets; (b) Approving Related Bid Protections; (c) Scheduling an Auction and Sale Hearing; (d) Establishing Certain Notice Procedures for Determining Cure Amounts for Executory Contracts and Unexpired Leases to be Assumed and Assigned; and (e) Granting Related Relief; and (ii) Entry of an Order (a) Approving the Sale of Substantially all of Debtor Insure-Link, Inc.'s Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; and (b) Authorizing the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases [ECF No. 79]

(collectively, the "**Motions**").  In support of this motion, the Debtors state:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

## BACKGROUND

3.      On December 11, 2022 (the "**Petition Date**"), the Debtors commenced their bankruptcy cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**").  The Debtors are operating their respective businesses as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4.      On January 9, 2023, the Office of the United States Trustee appointed an Official Committee of Unsecured Creditors ("**Committee**") in these chapter 11 cases [ECF No. 92].

## RELIEF REQUESTED

5.      The Committee of Unsecured Creditors hired Pachulski Stang Ziehl & Jones LLP and Bast Amron LLP as its counsel and local counsel, respectively (collectively, ("**Committee Counsel**") on January 11, 2023.

6.      Committee Counsel has requested a one (1) week continuance of the Motions scheduled for January 17, 2023.

7.      The Court has availability for a hearing on the Motions on January 25, 2023 at 1:30 p.m., and the Debtors ask that the Court set the continued hearings for that date and time.

8.      The Debtors also request that the response or objection deadline to any of the Motions be extended by one week.

9.      The Office of the United States Trustee and Committee Counsel have no objections to the continuance.

10.    This is the Debtors' first request for a continuance of the hearings and no party will be prejudiced by the granting of this motion.

**WHEREFORE**, the Debtors respectfully request the entry of an Order in the form attached hereto as **Exhibit A**: (i) granting this Motion; (ii) continuing the January 17, 2023 hearings to January 25, 2023 at 1:30 p.m.; (iii) continuing the response or objection deadline to the Motions by one week; and (iv) granting such further relief which this Court deems just and proper.

Date:  January 12, 2023                    Respectfully submitted,

*/s/ Shane G. Ramsey*
Shane G. Ramsey
Florida Bar No.: 0026842
shane.ramsey@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
100 S.E. 3rd Avenue, Suite 2700
Ft. Lauderdale, FL 33394
Telephone: (954) 764-7060
Facsimile: (954) 761-8135

NELSON MULLINS RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN  37219
Phone: (615) 664-5300
Facsimile: (615) 664-5399

and

John T. Baxter
*Admitted Pro Hac Vice*
john.baxter@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN  37219
Phone: (615) 664-5300
Facsimile: (615) 664-5399
and

B. Keith Poston
*Admitted Pro Hac Vice*
keith.poston@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
1320 Main Street, 17th Floor
Post Office Box 11070 (29211-1070)
Columbia, SC 29201
Telephone: (803) 799-2000
Facsimile: (803) 256-7500

*Proposed Counsel for the Debtors and Debtors-in-Possession*

**<u>EXHIBIT A</u>**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 22-19451-PDR

FedNat Holding Company, *et al[1]*.                       Chapter 11
                                                          (Jointly Administered)

                    Debtors.
_____/

**ORDER GRANTING DEBTORS' *EX PARTE* MOTION TO CONTINUE HEARINGS**
**SCHEDULED FOR JANUARY 17, 2023**

THIS MATTER came before the Court, without a hearing, upon the motion of the

debtors and debtors-in-possession in the above-captioned Chapter 11 Cases (collectively, the

"**Debtors**") entry of an order continuing the hearings on the Motions[2] scheduled for January 17,

2023 at 1:30 p.m.  The Court, having considered the motion, and having noted the consent to the

_____

[1] The Debtors in these Chapter 11 Cases are FedNat Holding Company; FedNat Underwriters, Inc.; ClaimCor, LLC; Century Risk Insurance Services, Inc.; and Insure-Link, Inc.  The Debtors' headquarters are located at 14050 N.W. 14th Street, Suite 180, Sunrise, Florida.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

relief requested in the motion, and finding good and sufficient cause exists to grant the relief requested.  Accordingly, it is

**ORDERED THAT:**

1.      The Motion is **GRANTED**.

2.      The hearings on the Motions are continued to January 25, 2023 at 1:30 p.m.

3.      The response or objection deadline to the Motions is continued by one week.

###

Submitted by:

Shane G. Ramsey
NELSON MULLINS RILEY & SCARBOROUGH LLP
150 Fourth Avenue, North, Suite 1100
Nashville, TN  37219
Phone: (615) 664-5355
Facsimile: (615) 664-5399
E-Mail: shane.ramsey@nelsonmullins.com


(Attorney Ramsey is directed to serve this order upon all non-registered users or registered users who have yet to appear electronically in this case and file a conforming certificate of service.)

2

4867-8709-9465