STRETTO

Claims Register as of 4/7/2023
Sorted by Creditor Name

| Claim Number | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Unsecured | Priority | Secured | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Aaron C Timmins | | 706 Gregg Street | | Houston | TX | 77020 | | 12/16/2022 | $5,961.50 | $5,961.50 | | | |
| 48 | Aaron C Timmins | | 706 Gregg Street | | Houston | TX | 77020 | | 12/30/2022 | $5,961.50 | | $5,961.50 | | |
| 165 | Ace-Zec Inc. | Marlon Simmons | 3021 W Warren Blvd. | | Chicago | IL | 60612 | | 02/17/2023 | $17,177.06 | | $17,177.06 | | |
| 241 | Adam Enamorado | | 343 W. Saint Mary | | Covington | LA | 70433 | | 02/21/2023 | $2,811.25 | $2,811.25 | | | |
| 73 | Advanced Claims Technologies INC | Vance Dawson | 1010 Chris Ct | | Athens | GA | 30606 | | 01/05/2023 | $1,739.18 | $1,739.18 | | | |
| 44 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | | 12/29/2022 | $106,045.42 | $106,045.42 | | | |
| 75 | Angela Howard | | 6305 Dartford Dr | | Mesquite | TX | 75181 | | 01/06/2023 | $4,400.00 | | $4,400.00 | | |
| 256 | Aon Corporation | Trish Clancey | 5600 W 83rd St STE 1100 | | Minneapolis | MN | 55437 | | 03/28/2023 | $119,343.76 | $119,343.76 | | | |
| 147 | Aon Corporation [Ward Financial Group, Inc.] | Stephen Reuther | 4 Overlook Point | | Lincolnshire | IL | 60069 | | 02/07/2023 | $11,550.00 | $11,550.00 | | | |
| 249 | Armstrong, Ebony | | 2539 Keegan Drive | | Murfreesboro | TN | 37130 | | 02/28/2023 | $3,000.00 | $3,000.00 | | | |
| 252 | Armstrong, Ebony | | 2539 Keegan Drive | | Murfreesboro | TN | 37130 | | 03/06/2023 | $3,000.00 | | $500.00 | $2,500.00 | |
| 126 | BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Ste 120 | Wilmington | DE | 19805 | | 01/31/2023 | $20,954.00 | $20,954.00 | | | |
| 127 | BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Ste 120 | Wilmington | DE | 19805 | | 01/31/2023 | $10,377.00 | $10,377.00 | | | |
| 149 | Benton J. Long | | 1209 Barcia Drive | | Pensacola | FL | 32503 | | 02/08/2023 | $30,000.00 | 30000.00++ | | | |
| 255 | BizLibrary | Andrew Pichee | 14500 S. Outer Forty Rd | Suite 500 | Town and Country | MO | 63017 | | 03/20/2023 | $89,249.20 | $89,249.20 | | | |
| 42 | Blair Majtyka | Blair Majtyka | 621 Prospect Street | | Maplewood | NJ | 07040 | | 12/28/2022 | $30,000.00 | $30,000.00 | | | |
| 208 | Bradyn Valencia | | 3275 Frederick Blvd | #14 | Delray Beach | FL | 33483 | | 02/21/2023 | $6,683.67 | $6,683.67 | | | |
| 212 | Bradyn Valencia | | 3275 Frederick Blvd | #14 | Delray Beach | FL | 33483 | | 02/21/2023 | $52,145.11 | $52,145.11 | | | |
| 213 | Bradyn Valencia | | 3275 Frederick Blvd #14 | | Delray Beach | FL | 33483 | | 02/21/2023 | $96,961.53 | $96,961.53 | | | |
| 216 | Bradyn Valencia | | 3275 Frederick Blvd #14 | | Delray Beach | FL | 33483 | | 02/21/2023 | $1,255.70 | $1,255.70 | | | |
| 238 | Bradyn Valencia | | 3275 Frederick Blvd | #14 | Delray Beach | FL | 33483 | | 02/21/2023 | $40,154.09 | $40,154.09 | | | |
| 102 | Brian McCristall | | 2160 Cedar Grove Rd | | Lebanon | TN | 37087 | | 01/17/2023 | $4,387.50 | | $4,387.50 | | |
| 23 | Broward County Tax Collector | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave. A-100 | Ft. Lauderdale | FL | 33301 | | 12/21/2022 | $0.00 | | | Withdrawn | |
| 227 | Bruce F. Simberg | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 49 | Cajun Consulting & Estimating | Brandon J. Babineaux | 1308 Saint Louis Street | | Scott | LA | 70583 | | 12/30/2022 | $11,818.82 | | $11,818.82 | | |
| 114 | Cajun Consulting And Estimating LLC | | 1308 Saint Louis St | | Scott | LA | 70583 | | 01/23/2023 | $11,818.83 | | $11,818.83 | | |
| 156 | CFGI Holdings, LLC | Attn: Kaitlin Kohl | 1 Lincoln Street | Ste 1301 | Boston | MA | 02111 | | 02/13/2023 | $150,439.80 | $150,439.80 | | | |
| 25 | Chad Buchanan (Texoma Cleaning, LLC) | | 3621 Pottsboro Road # 165 | | Denison | TX | 75020 | | 12/21/2022 | $17,667.95 | | $17,667.95 | | |
| 113 | Chapman Property Services, LLC | | 910 Lemon Rd | | South Daytona | FL | 32119 | | 01/23/2023 | $6,383.00 | $3,191.50 | $3,191.50 | | |
| 117 | Cigna Health and Life Insurance Company [Cigna] | Attn: Marylou Rice | 900 Cottage Grove Rd | B6LPA | Hartford | CT | 06152 | | 01/25/2023 | $4,336.21 | | $1,538.66 | | $2,797.55 |
| 46 | City Wide Maintenance Of South Florida | Bob Rotenberger | 5114 Okeechobee Blvd. | Ste 109 | West Palm Beach | FL | 33417 | | 12/30/2022 | $2,957.04 | $2,957.04 | | | |
| 159 | Daisha Renee Smith | | 1982 Altavista circle | | Lakeland | FL | 33810 | | 02/16/2023 | $3,300.00 | | $3,300.00 | | |
| 201 | David Patterson | c/o Bush Ross, P.A. | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 194 | David W. Michelson | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 34 | Derrick Hicks | | 301 Lakeshore Blvd N | Apt. 2314 | Slidell | LA | 70461 | | 12/24/2022 | $3,363.75 | | $3,363.75 | | |
| 166 | Elizabeth Benjamin | | 1740 South State Road 7 | Apt #303 | North Lauderdale | FL | 33068 | | 02/18/2023 | $37,567.02 | $22,417.02 | | $15,150.00 | |
| 157 | Enterprise Adjusting, LLC | Attn: Jacob Andrew Hines | 1825 San Jacinto St | Unit 512 | Houston | TX | 77002 | | 02/14/2023 | $14,669.47 | $14,669.47 | | | |
| 254 | Erin OBrien | | 821 SE 12th Court #9 | | Fort Lauderdale | FL | 33316 | | 03/13/2023 | $133,000.00 | $133,000.00 | | | |
| 130 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $1,000.00 | $1,000.00 | | | |
| 131 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $1,000.00 | $1,000.00 | | | |
| 132 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $550.00 | $550.00 | | | |
| 133 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $175.00 | $175.00 | | | |
| 134 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $582.50 | $582.50 | | | |
| 135 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $450.00 | $450.00 | | | |
| 136 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $550.00 | $550.00 | | | |
| 137 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $575.00 | $575.00 | | | |
| 138 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $400.00 | $400.00 | | | |
| 139 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $1,612.34 | $1,612.34 | | | |
| 140 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $50.00 | $50.00 | | | |
| 141 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $850.00 | $850.00 | | | |
| 13 | Evan Dollar | Evan C Dollar | 8279 State Hwy 705 | | West Liberty | KY | 41472 | | 12/19/2022 | $2,270.00 | $2,270.00 | | | |
| 177 | EZ Claim Solutions Inc | Hannah York | 14902 Preston Rd | Ste 404 Unit 396 | Dallas | TX | 75254 | | 02/20/2023 | $40,010.00 | | $40,010.00 | | |
| 207 | Ez Claim Solutions Inc. | | 14902 Preston Road | Ste 404 | Dallas | TX | 75254 | | 02/21/2023 | $40,010.00 | | $40,010.00 | | |
| 109 | Fausto Martin | Fausto Jose Martin | 50604 Amberley Blvd | | Canton | MI | 48187 | | 01/19/2023 | $100,000.00 | $100,000.00 | | | |
| 30 | FedNat Holding Company | James Beasley | 3709 Marietta Street | | Chalmette | LA | 70043 | | 12/23/2022 | $5,118.75 | $5,118.75 | | | |
| 121 | FGF Strategic Consulting LLC [Fundamental Global Advisors LLC] | Attn: Hassan Baqar | 104 S. Walnut, Suite 1A | | Itasca | IL | 60143 | | 01/27/2023 | $225,000.00 | $225,000.00 | | | |
| 169 | Florida Department of Financial Services as Receiver of FedNat Insurance Company | Attn: Jesus Suarez, Esq. | 255 Alhambra Circle | Suite 640 | Coral Gables | FL | 33134 | | 02/20/2023 | $42,646,479.44 | 42646479.44 & Ex. A | | | |
| 76 | FLORIDA POWER & LIGHT | | 4200 W FLAGLER ST | RRD/LFO BKY | CORAL GABLES | FL | 33134 | | 01/06/2023 | $671.83 | $671.83 | | | |
| 142 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | P.O. Box 609 | | Cedar Rapids | IA | 52406 | | 02/02/2023 | $12,527.44 | $12,527.44 | | | |
| 92 | Hale Partnership Capital Management, LLC | Attn: Brad G. Garner | 3675 Marine Drive | | Greenville | NC | 27834 | | 01/11/2023 | $26,711.10 | $26,711.10 | | | |
| 86 | HI-VAC Air Conditioning Service | Accounts Recievable | 1669 NW 144th Terrace | Suite 207 | Sunrise | FL | 33323 | | 01/10/2023 | $2,825.98 | $2,825.98 | | | |
| 108 | Insight Global, LLC | Attn: Bryan Kaplan, Esq. | P.O. Box 11569 | | Atlanta | GA | 30355 | | 01/18/2023 | $107,546.30 | $83,139.10 | | | $24,407.20 |
| 222 | Insurance Services Office, Inc. | c/o McCarter & English, LLP | Attn: Matthew G. Wapner | 100 Mulberry Street | Newark | NJ | 07102 | | 02/21/2023 | $698,815.47 | $698,815.47 | | | |
| 251 | Jaco Adjusters, LLC | | 1418 Cora Dr | | Baton Rouge | LA | 70815 | | 03/06/2023 | $53,863.35 | $53,863.35 | | | |
| 5 | James C Hall | | 310 Magnolia Lane | | Covington | LA | 70433 | | 12/17/2022 | $2,116.50 | | $2,116.50 | | |
| 83 | James C Hall | | 310 Magnolia Lane | | Covington | LA | 70433 | | 01/09/2023 | $2,116.50 | | $2,116.50 | | |
| 242 | James H Beasley | | 3709 Marietta St | | Chalmette | LA | 70043 | | 02/21/2023 | $7,875.00 | $7,875.00 | | | |
| 178 | James Romero | | P.O. Box 231 | | Hamshire | TX | 77622 | | 02/20/2023 | $9,919.29 | $9,919.29 | | | |
| 27 | Jason Renfrow | | 3921 Brookwoods Drive | | Houston | TX | 77092 | | 12/22/2022 | $24,011.00 | | $24,011.00 | | |
| 124 | Jeff Myska | | 555 Maryville University Dr., Suite | | St. Louis | MO | 63141 | | 01/30/2023 | $32,500.00 | $32,500.00 | | | |
| 189 | Jennifer G. Kimbrough | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 18 | Jeremy Cabrera | | 3600 Weil Rd | | Marion | TX | 78124 | | 12/19/2022 | $20,075.00 | | $20,075.00 | | |
| 51 | Jimmy Dan Tigert | | 1573 Riffle Range Road | | Iowa Park | TX | 76367 | | 12/31/2022 | $8,190.00 | | $8,190.00 | | |
| 78 | John Holbrooks | | 2002 Paul S Buchman Hwy | | Zephyrhills | FL | 33540 | | 01/09/2023 | $38,948.51 | $10,189.40 | | $28,759.11 | |
| 71 | Kalidonis Enterprises Inc. | KEVIN M KALIDONIS | 1104 Fleetwood Lane | | Fort Pierce | FL | 34982 | | 01/05/2023 | $54,227.08 | $39,077.08 | | $15,150.00 | |
| 98 | Katherine K LLC [Katherine Koenig] | | 2224 E Lufkin Ave | | Lufkin | TX | 75901 | | 01/16/2023 | $437.00 | | $437.00 | | |
| 74 | Kisharra Garner | | 2144 W. Green Tree Dr. | | Queen Creek | AZ | 85142 | | 01/05/2023 | $9,600.00 | | $9,600.00 | | |



| Claim Number | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Unsecured | Priority | Secured | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | LDavis Adjusting, Inc. | Attn: Louis Lee Davis | 14038 WOLCOTT DRIVE | | TAMPA | FL | 33624 | | 12/17/2022 | $7,962.50 | | $7,962.50 | | |
| 93 | Level 3 Communications, LLC a Centurylink Company | c/o Centurylink Communications, LLC-Bankruptcy | Attn: Legal-BKY | 1025 El Dorado Blvd | Broomfield | CO | 80021 | | 01/13/2023 | $12,640.22 | $12,640.22 | | | |
| 37 | Lindsay Navin | | 1135 Eagle Point Dr | | St. Augustine | Florida | 32092 | | 12/27/2022 | $12,624.67 | | $12,624.67 | | |
| 163 | Links Insurance Services, LLC | Philip Landau, Esq. | 3010 N. Military Trail, Suite 318 | | Boca Raton | Florida | 33431 | | 02/17/2023 | $1,700,000.00 | $1,700,000.00 | | | |
| 248 | Lucas, Christopher | | 5590 Bermuda Dunes Cir | | Lake Worth | FL | 33463 | | 02/28/2023 | $5,314.50 | $5,314.50 | | | |
| 151 | Mark Vandekieft | | 6019 Los Siglos Dr | | El Paso | TX | 79912 | | 02/10/2023 | $9,975.15 | | $9,975.15 | | |
| 244 | Marlin Alan Adams | Bruce Adams | 10251 Willow Leaf Drive | | Gulfport | MS | 39503 | | 02/21/2023 | $22,799.69 | | $22,799.69 | | |
| 258 | Marta Cortina | Marta Cortina | 8451 SW 72 Terrace | | Miami | Fl | 33143 | | 04/05/2023 | $173,250.00 | | $173,250.00 | | |
| 19 | Matt McClung | | 305 N Pompano Beach Blvd | Apt 509 | Pompano Beach | FL | 33062 | | 12/19/2022 | $27,000.00 | $27,000.00 | | | |
| 17 | Matthew McClung | | 305 N Pompano Beach Blvd | Apt 509 | Pompano Beach | FL | 33062 | | 12/19/2022 | $27,000.00 | | $27,000.00 | | |
| 237 | Michael C Batcho Inc | | 18204 Abbey Lane | | Lutz | FL | 33548 | | 02/21/2023 | $21,125.00 | $21,125.00 | | | |
| 160 | Mitel Cloud Services, Inc. [MCS] | c/o Haynes and Boone, LLP | Attn: Tom Zavala | 2323 Victory Avenue, Suite 700 | Dallas | TX | 75219 | | 02/16/2023 | $388,106.59 | $388,106.59 | | | |
| 184 | Monarch National Insurance Company | c/o Moore & Van Allen PLLC | Attn: James Langdon | 100 North Tryon Street | Charlotte | NC | 28202 | | 02/21/2023 | $232,766.00 | $232,766.00 | | | |
| 111 | Nikisha Paige | | PMB 210 | 1500 Beville Rd | Daytona Beach | Fl | 32114 | | 01/23/2023 | $5,000.00 | | $5,000.00 | | |
| 243 | Noah Newman | | 14302 Wilson Way Dr. | | Baton Rouge | LA | 70817 | | 02/21/2023 | $13,870.16 | | $13,870.16 | | |
| 54 | Octagon of South Florida | Debbie Green | 101 NE 3rd Avenue | Suite 1500 | Fort Lauderdale | FL | 33301 | | 01/02/2023 | $806.00 | $806.00 | | | |
| 65 | Perficient, Inc | Attn: Jeff Myska | 555 Maryville University Dr. | Suite 600 | St. Louis | MO | 63141 | | 01/04/2023 | $26,000.00 | $26,000.00 | | | |
| 67 | Pierre, Barnard | | 7680 NW 31st Street | | Hollywood | FL | 33024 | | 01/05/2023 | $0.00 | | 1 year of PTO | | |
| 253 | Pixels on Target LLC | Attn: Sumeet Suri, President | 14050 NW 14th St | Ste 170 | Sunrise | FL | 33323 | | 03/08/2023 | $385,942.42 | $385,942.42 | | | |
| 170 | Quality Risk Inspections | Carlos Anico | 911 Hawie St | | Jupiter | FL | 33458 | | 02/20/2023 | $2,177.50 | $2,177.50 | | | |
| 63 | Randstad North America [Randstad USA] | | 3625 Cumberland Blvd SE | Ste 600 | Atlanta | GA | 30339 | | 12/27/2022 | $32,018.46 | $32,018.46 | | | |
| 50 | Richard Michael Harvin | | 1490 Hwy. 10 | | Greensburg | LA | 70441 | | 12/31/2022 | $123,995.52 | $61,997.76 | $61,997.76 | | |
| 250 | Robert Half Management Resources | c/o Recovery Dept | PO Box 5024 | | San Ramon | CA | 94583 | | 02/13/2023 | $15,691.25 | $15,691.25 | | | |
| 233 | Roberta N. Young | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 104 | Rooforders.Com | | 1045 Live Oak Dr | | Santa Clara | CA | 95051 | | 01/17/2023 | $100.00 | $100.00 | | | |
| 152 | Ruth Joseph | | 3624 Narroline Drive | | Orlando | FL | 32818 | | 02/13/2023 | $44,824.28 | $44,824.28 | | | |
| 4 | Ryan Pate [Pate Adjusting INC] | | 1529 Still Harbor Lane | | Virginia Beach | VA | 23464 | | 12/17/2022 | $23,195.00 | | $23,195.00 | | |
| 3 | Samuel G Cleaver | | 4941 Spencer Oaks Blvd | | Pace | FL | 32571 | | 12/17/2022 | $4,192.50 | | $4,192.50 | | |
| 219 | Sawgrass Commerce Center Property Owner, LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Los Angeles | CA | 90067-2915 | | 02/21/2023 | $2,095,181.57 | $1,866,176.89 | | | $229,004.68 |
| 153 | Scott P. McCloskey [dba Suredge] | c/o Clear Claim International, LLC DBA Suredge | 1850 Lee Road | Suite 140 | Winter Park | FL | 32789 | | 02/13/2023 | $72,310.52 | $72,310.52 | | | |
| 16 | Sentry Risk Systems LLC | | 6526 Old Brick Rd 120-185 | 120-185 | Windermere | FL | 34786 | | 12/19/2022 | $4,953.00 | | $4,953.00 | | |
| 68 | Shaheen, Kamran | | 405 Lakeview Drive | Apt #201 | Weston | FL | 33326 | | 01/05/2023 | $0.00 | Blank | | | |
| 85 | Sonjia Craft | | 6529 Blue Grass Dr | | Watauga | TX | 76148 | | 01/10/2023 | $5,029.35 | | $5,029.35 | | |
| 215 | Southeast Catastrophe Consulting Company, LLC | Attn: Richard M. Gaal, Esq | PO Box 350 | | Mobile | AL | 36601 | | 02/21/2023 | $2,171,913.14 | $2,171,913.14 | | | |
| 168 | Sovos Compliance, LLC | Attn: Lori Bradshaw | 200 Ballardvale Street 4th Floor | | Wilmington | MA | 01887 | | 02/20/2023 | $2,771.49 | $2,771.49 | | | |
| 116 | St. Hilaire, Tiffany | | 2350 College St | # C | Jacksonville | FL | 32204-3655 | | 01/24/2023 | $1,000.00 | $1,000.00 | | | |
| 236 | Strategic Assesments Inc. | | 2539 Bentshire Dr | | Jacksonville | FL | 32246 | | 02/21/2023 | $25,968.16 | $12,984.08 | | | $12,984.08 |
| 40 | TaNesha Abass | | 729 Junction Drive, #D-205 | | Allen | Texas | 75013 | | 12/27/2022 | $1,400.00 | $1,400.00 | | | |
| 129 | The Bank of New York Mellon | c/o Emmet, Marvin & Martin, LLP | Attn: Thomas A. Pitta | 120 Broadway | New York | NY | 10271 | | 01/31/2023 | $127,550,015.94 | $127,550,015.94 | | | |
| 221 | Thomas A. Rogers | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 59 | Thomas, William J. | | 11806 Middlebury Dr | | Tampa | FL | 33626 | | 01/03/2023 | $126,561.60 | | $126,561.60 | | |
| 186 | TierPoint, LLC | c/o Leigh A. Hoffman | Lippes Mathias LLP | 54 State Street, Suite 1001 | Albany | NY | 12207 | | 02/21/2023 | $1,136,753.95 | $1,136,753.95 | | | |
| 70 | Todd Orloff | | 5892 Eagles Nest Drive, | | Jupiter | FL | 33458 | | 01/05/2023 | $47,200.00 | $47,200.00 | | | |
| 45 | Tyler Ourso | | 8550 Sully Dr Apt I | | Baton Rouge | LOUISIANA | 70818 | | 12/29/2022 | $9,928.25 | | $9,928.25 | | |
| 103 | Uline | | 12575 Uline Dr | | Pleasant Prairie | WI | 53158 | | 01/17/2023 | $854.24 | $854.24 | | | |
| 79 | Unicorp [Unicorp Data Processing, Inc.] | | 8900 SW 117th Ave | Suite C-105 | Miami | FL | 33186 | | 01/06/2023 | $15,100.00 | $15,100.00 | | | |
| 77 | Unisoft Communications Inc. | | 8900 S W 117 Ave | #C-105 | Miami | FL | 33186 | | 01/06/2023 | $4,000.00 | $4,000.00 | | | |
| 247 | Universal Language Service, Inc. | Billing Department | 929 108th Ave NE, Suite 710 | | Bellevue | WA | 98004 | | 02/22/2023 | $2,388.00 | $2,388.00 | | | |
| 175 | Vilma Katz | c/o Frank, Weinberg & Black, P.L. | Attn: John Schank | 7805 SW 6th Court | Plantation | FL | 33324 | | 02/20/2023 | $16,674.80 | $16,674.80 | | | |
| 55 | Wendy Mollo | | 315 Stone Ridge Drive | | Ponte Vedra | FL | 32081 | | 01/02/2023 | $9,736.53 | | $9,736.53 | | |
| 88 | Wendy Mollo | | 315 Stone Ridge Drive | | Ponte Vedra | FL | 32081 | | 01/10/2023 | $9,736.53 | | $9,736.53 | | |
| 7 | William Songy | | 37145 Harper Rd 2 | | Pearl River | LA | 70452 | | 12/17/2022 | $7,783.75 | | $7,783.75 | | |
| 167 | Zak, Charlita L. and Jeffrey D. | | 5315 Boardwalk St. | | Holiday | FL | 34690 | | 02/18/2023 | $1,996.64 | $1,996.64 | | | |
| 144 | Zatarain, Jose | | 7793 NW 169 Terrace | | Miami Lakes | FL | 33016 | | 02/05/2023 | $0.00 | | | Withdrawn | |
| 105 | Zurich American Insurance | | PO Box 68549 | | Schaumburg | IL | 60196 | | 01/18/2023 | $1.00 | $1.00 | | | |



| Claim Number | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Unsecured | Priority | Secured | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Aaron C Timmins | | 706 Gregg Street | | Houston | TX | 77020 | | 12/16/2022 | $5,961.50 | $5,961.50 | | | |
| 3 | Samuel G Cleaver | | 4941 Spencer Oaks Blvd | | Pace | FL | 32571 | | 12/17/2022 | $4,192.50 | | $4,192.50 | | |
| 4 | Ryan Pate [Pate Adjusting INC] | | 1529 Still Harbor Lane | | Virginia Beach | VA | 23464 | | 12/17/2022 | $23,195.00 | | $23,195.00 | | |
| 5 | James C Hall | | 310 Magnolia Lane | | Covington | LA | 70433 | | 12/17/2022 | $2,116.50 | | $2,116.50 | | |
| 6 | LDavis Adjusting, Inc. | Attn: Louis Lee Davis | 14038 WOLCOTT DRIVE | | TAMPA | FL | 33624 | | 12/17/2022 | $7,962.50 | | $7,962.50 | | |
| 7 | William Songy | | 37145 Harper Rd 2 | | Pearl River | LA | 70452 | | 12/17/2022 | $7,783.75 | | $7,783.75 | | |
| 13 | Evan Dollar | Evan C Dollar | 8279 State Hwy 705 | | West Liberty | KY | 41472 | | 12/19/2022 | $2,270.00 | $2,270.00 | | | |
| 16 | Sentry Risk Systems LLC | | 6526 Old Brick Rd 120-185 | 120-185 | Windermere | FL | 34786 | | 12/19/2022 | $4,953.00 | | $4,953.00 | | |
| 17 | Matthew McClung | | 305 N Pompano Beach Blvd | Apt 509 | Pompano Beach | FL | 33062 | | 12/19/2022 | $27,000.00 | | $27,000.00 | | |
| 18 | Jeremy Cabrera | | 3600 Weil Rd | | Marion | TX | 78124 | | 12/19/2022 | $20,075.00 | | $20,075.00 | | |
| 19 | Matt McClung | | 305 N Pompano Beach Blvd | Apt 509 | Pompano Beach | FL | 33062 | | 12/19/2022 | $27,000.00 | $27,000.00 | | | |
| 23 | Broward County Tax Collector | c/o Records, Taxes & Treasury | Attn: Bankruptcy Section | 115 S. Andrews Ave. A-100 | Ft. Lauderdale | FL | 33301 | | 12/21/2022 | $0.00 | | | Withdrawn | |
| 25 | Chad Buchanan (Texoma Cleaning, LLC) | | 3621 Pottsboro Road # 165 | | Denison | TX | 75020 | | 12/21/2022 | $17,667.95 | | $17,667.95 | | |
| 27 | Jason Renfrow | | 3921 Brookwoods Drive | | Houston | TX | 77092 | | 12/22/2022 | $24,011.00 | | $24,011.00 | | |
| 30 | FedNat Holding Company | James Beasley | 3709 Marietta Street | | Chalmette | LA | 70043 | | 12/23/2022 | $5,118.75 | $5,118.75 | | | |
| 34 | Derrick Hicks | | 301 Lakeshore Blvd N | Apt: 2314 | Slidell | LA | 70461 | | 12/24/2022 | $3,363.75 | | $3,363.75 | | |
| 37 | Lindsay Navin | | 1135 Eagle Point Dr | | St. Augustine | Florida | 32092 | | 12/27/2022 | $12,624.67 | | $12,624.67 | | |
| 40 | TaNesha Abass | | 729 Junction Drive, #D-205 | | Allen | Texas | 75013 | | 12/27/2022 | $1,400.00 | $1,400.00 | | | |
| 42 | Blair Majtyka | Blair Majtyka | 621 Prospect Street | | Maplewood | NJ | 07040 | | 12/28/2022 | $30,000.00 | $30,000.00 | | | |
| 44 | AMEX TRS Co., Inc. | c/o Becket and Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | | 12/29/2022 | $106,045.42 | $106,045.42 | | | |
| 45 | Tyler Ourso | | 8550 Sully Dr Apt I | | Baton Rouge | LOUISIANA | 70818 | | 12/29/2022 | $9,928.25 | | $9,928.25 | | |
| 46 | City Wide Maintenance Of South Florida | Bob Rotenberger | 5114 Okeechobee Blvd. | Ste 109 | West Palm Beach | FL | 33417 | | 12/30/2022 | $2,957.04 | $2,957.04 | | | |
| 48 | Aaron C Timmins | | 706 Gregg Street | | Houston | TX | 77020 | | 12/30/2022 | $5,961.50 | | $5,961.50 | | |
| 49 | Cajun Consulting & Estimating | Brandon J. Babineaux | 1308 Saint Louis Street | | Scott | LA | 70583 | | 12/30/2022 | $11,818.82 | | $11,818.82 | | |
| 50 | Richard Michael Harvin | | 1490 Hwy. 10 | | Greensburg | LA | 70441 | | 12/31/2022 | $123,995.52 | $61,997.76 | $61,997.76 | | |
| 51 | Jimmy Dan Tigert | | 1573 Riffle Range Road | | Iowa Park | TX | 76367 | | 12/31/2022 | $8,190.00 | | $8,190.00 | | |
| 54 | Octagon of South Florida | Debbie Green | 101 NE 3rd Avenue | Suite 1500 | Fort Lauderdale | FL | 33301 | | 01/02/2023 | $806.00 | $806.00 | | | |
| 55 | Wendy Mollo | | 315 Stone Ridge Drive | | Ponte Vedra | FL | 32081 | | 01/02/2023 | $9,736.53 | | $9,736.53 | | |
| 59 | Thomas, William J. | | 11806 Middlebury Dr | | Tampa | FL | 33626 | | 01/03/2023 | $126,561.60 | | $126,561.60 | | |
| 63 | Randstad North America [Randstad USA] | | 3625 Cumberland Blvd SE | Ste 600 | Atlanta | GA | 30339 | | 12/27/2022 | $32,018.46 | $32,018.46 | | | |
| 65 | Perficient, Inc | Attn: Jeff Myska | 555 Maryville University Dr. | Suite 600 | St. Louis | MO | 63141 | | 01/04/2023 | $26,000.00 | $26,000.00 | | | |
| 67 | Pierre, Barnard | | 7680 NW 31st Street | | Hollywood | FL | 33024 | | 01/05/2023 | $0.00 | | 1 year of PTO | | |
| 68 | Shaheen, Kamran | | 405 Lakeview Drive | Apt #201 | Weston | FL | 33326 | | 01/05/2023 | $0.00 | Blank | Blank | | |
| 70 | Todd Orloff | | 5892 Eagles Nest Drive, | | Jupiter | FL | 33458 | | 01/05/2023 | $47,200.00 | $47,200.00 | | | |
| 71 | Kalidonis Enterprises Inc. | KEVIN M KALIDONIS | 1104 Fleetwood Lane | | Fort Pierce | FL | 34982 | | 01/05/2023 | $54,227.08 | $39,077.08 | | $15,150.00 | |
| 73 | Advanced Claims Technologies INC | Vance Dawson | 1010 Chris Ct | | Athens | GA | 30606 | | 01/05/2023 | $1,739.18 | $1,739.18 | | | |
| 74 | Kisharra Garner | | 2144 W. Green Tree Dr. | | Queen Creek | AZ | 85142 | | 01/05/2023 | $9,600.00 | | $9,600.00 | | |
| 75 | Angela Howard | | 6305 Dartford Dr | | Mesquite | TX | 75181 | | 01/06/2023 | $4,400.00 | | $4,400.00 | | |
| 76 | FLORIDA POWER & LIGHT | | 4200 W FLAGLER ST | RRD/LFO BKY | CORAL GABLES | FL | 33134 | | 01/06/2023 | $671.83 | $671.83 | | | |
| 77 | Unisoft Communications Inc. | | 8900 S W 117 Ave | #C-105 | Miami | FL | 33186 | | 01/06/2023 | $4,000.00 | $4,000.00 | | | |
| 78 | John Holbrooks | | 2002 Paul S Buchman Hwy | | Zephyrhills | FL | 33540 | | 01/09/2023 | $38,948.51 | $10,189.40 | $28,759.11 | | |
| 79 | Unicorp [Unicorp Data Processing, Inc.] | | 8900 SW 117th Ave | Suite C-105 | Miami | FL | 33186 | | 01/06/2023 | $15,100.00 | $15,100.00 | | | |
| 83 | James C Hall | | 310 Magnolia Lane | | Covington | LA | 70433 | | 01/09/2023 | $2,116.50 | | $2,116.50 | | |
| 85 | Sonjia Craft | | 6529 Blue Grass Dr | | Watauga | TX | 76148 | | 01/10/2023 | $5,029.35 | | $5,029.35 | | |
| 86 | HI-VAC Air Conditioning Service | Accounts Recievable | 1669 NW 144th Terrace | Suite 207 | Sunrise | FL | 33323 | | 01/10/2023 | $2,825.98 | $2,825.98 | | | |
| 88 | Wendy Mollo | | 315 Stone Ridge Drive | | Ponte Vedra | FL | 32081 | | 01/10/2023 | $9,736.53 | | $9,736.53 | | |
| 92 | Hale Partnership Capital Management, LLC | Attn: Brad G. Garner | 3675 Marine Drive | | Greenville | NC | 27834 | | 01/11/2023 | $26,711.10 | $26,711.10 | | | |
| 93 | Level 3 Communications, LLC a Centurylink Company | c/o Centurylink Communications, LLC-Bankruptcy | Attn: Legal-BKY | 1025 El Dorado Blvd | Broomfield | CO | 80021 | | 01/13/2023 | $12,640.22 | $12,640.22 | | | |
| 98 | Katherine K LLC (Katherine Koenig) | | 2224 E Lufkin Ave | | Lufkin | TX | 75901 | | 01/16/2023 | $437.00 | | $437.00 | | |
| 102 | Brian McCristall | | 2160 Cedar Grove Rd | | Lebanon | TN | 37087 | | 01/17/2023 | $4,387.50 | | $4,387.50 | | |
| 103 | Uline | | 12575 Uline Dr | | Pleasant Prairie | WI | 53158 | | 01/17/2023 | $854.24 | $854.24 | | | |
| 104 | Rooforders.Com | | 1045 Live Oak Dr | | Santa Clara | CA | 95051 | | 01/17/2023 | $100.00 | $100.00 | | | |
| 105 | Zurich American Insurance | PO Box 68549 | | | Schaumburg | IL | 60196 | | 01/18/2023 | $1.00 | $1.00 | | | |
| 106 | Zurich American Insurance | PO Box 68549 | | | Schaumburg | IL | 60196 | | 01/18/2023 | $1.00 | $1.00 | | | |
| 108 | Insight Global, LLC | Attn: Bryan Kaplan, Esq. | P.O. Box 11569 | | Atlanta | GA | 30355 | | 01/18/2023 | $107,546.30 | $83,139.10 | | | $24,407.20 |
| 109 | Fausto Martin | Fausto Jose Martin | 50604 Amberley Blvd | | Canton | MI | 48187 | | 01/19/2023 | $100,000.00 | $100,000.00 | | | |
| 111 | Nikisha Paige | | PMB 210 | 1500 Beville Rd | Daytona Beach | Fl | 32114 | | 01/23/2023 | $5,000.00 | | $5,000.00 | | |
| 113 | Chapman Property Services, LLC | | 910 Lemon Rd | | South Daytona | FL | 32119 | | 01/23/2023 | $6,383.00 | $3,191.50 | $3,191.50 | | |
| 114 | Cajun Consulting And Estimating LLC | | 1308 Saint Louis St | | Scott | LA | 70583 | | 01/23/2023 | $11,818.83 | | $11,818.83 | | |
| 116 | St. Hilaire, Tiffany | | 2350 College St | # C | Jacksonville | FL | 32204-3655 | | 01/24/2023 | $1,000.00 | $1,000.00 | | | |
| 117 | Cigna Health and Life Insurance Company [Cigna] | Attn: Marylou Rice | 900 Cottage Grove Rd | B6LPA | Hartford | CT | 06152 | | 01/25/2023 | $4,336.21 | | $1,538.66 | | $2,797.55 |
| 121 | FGF Strategic Consulting LLC [Fundamental Global Advisors LLC] | Attn: Hassan Baqar | 104 S. Walnut, Suite 1A | | Itasca | IL | 60143 | | 01/27/2023 | $225,000.00 | $225,000.00 | | | |
| 124 | Jeff Myska | | 555 Maryville University Dr., Suite | | St. Louis | MO | 63141 | | 01/30/2023 | $32,500.00 | $32,500.00 | | | |
| 126 | BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Ste 120 | Wilmington | DE | 19805 | | 01/31/2023 | $20,954.00 | $20,954.00 | | | |
| 127 | BDO USA, LLP | Attn: Jared Schierbaum | 4250 Lancaster Pike | Ste 120 | Wilmington | DE | 19805 | | 01/31/2023 | $10,377.00 | $10,377.00 | | | |
| 129 | The Bank of New York Mellon | c/o Emmet, Marvin & Martin, LLP | Attn: Thomas A. Pitta | 120 Broadway | New York | NY | 10271 | | 01/31/2023 | $127,550,015.94 | $127,550,015.94 | | | |
| 130 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $1,000.00 | $1,000.00 | | | |
| 131 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $1,000.00 | $1,000.00 | | | |
| 132 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $550.00 | $550.00 | | | |
| 133 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $175.00 | $175.00 | | | |
| 134 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $582.50 | $582.50 | | | |
| 135 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $450.00 | $450.00 | | | |
| 136 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $550.00 | $550.00 | | | |
| 137 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $575.00 | $575.00 | | | |
| 138 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $400.00 | $400.00 | | | |
| 139 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $1,612.34 | $1,612.34 | | | |
| 140 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $50.00 | $50.00 | | | |
| 141 | Ethan Wild [Wild Claims Adjusting, LLC] | | 5614 Amoco Road | | Iowa | LA | 70647 | | 02/01/2023 | $850.00 | $850.00 | | | |

| Claim Number | Creditor Name | Attention | Address 1 | Address 2 | City | State | Zip | Country | Date Filed | Total Amount | Unsecured | Priority | Secured | Administrative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 142 | GreatAmerica Financial Services Corporation | ATTN: Peggy Upton | P.O. Box 609 | | Cedar Rapids | IA | 52406 | | 02/02/2023 | $12,527.44 | $12,527.44 | | | |
| 144 | Zatarain, Jose | | 7793 NW 169 Terrace | | Miami Lakes | FL | 33016 | | 02/05/2023 | $0.00 | | Withdrawn | | |
| 147 | Aon Corporation [Ward Financial Group, Inc.] | Stephen Reuther | 4 Overlook Point | | Lincolnshire | IL | 60069 | | 02/07/2023 | $11,550.00 | $11,550.00 | | | |
| 149 | Benton J. Long | | 1209 Barcia Drive | | Pensacola | FL | 32503 | | 02/08/2023 | $30,000.00 | 30000.00++ | | | |
| 151 | Mark Vandekieft | | 6019 Los Siglos Dr | | El Paso | TX | 79912 | | 02/10/2023 | $9,975.15 | | | $9,975.15 | |
| 152 | Ruth Joseph | | 3624 Narroline Drive | | Orlando | FL | 32818 | | 02/13/2023 | $44,824.28 | $44,824.28 | | | |
| 153 | Scott P. McCloskey [dba Suredge] | c/o Clear Claim International, LLC DBA Suredge | 1850 Lee Road | Suite 140 | Winter Park | FL | 32789 | | 02/13/2023 | $72,310.52 | $72,310.52 | | | |
| 156 | CFGI Holdings, LLC | Attn: Kaitlin Kohl | 1 Lincoln Street | Ste 1301 | Boston | MA | 02111 | | 02/13/2023 | $150,439.80 | $150,439.80 | | | |
| 157 | Enterprise Adjusting, LLC | Attn: Jacob Andrew Hines | 1825 San Jacinto St | Unit 512 | Houston | TX | 77002 | | 02/14/2023 | $14,669.47 | $14,669.47 | | | |
| 159 | Daisha Renee Smith | | 1982 Altavista circle | | Lakeland | FL | 33810 | | 02/16/2023 | $3,300.00 | | | $3,300.00 | |
| 160 | Mitel Cloud Services, Inc. [MCS] | c/o Haynes and Boone, LLP | Attn: Tom Zavala | 2323 Victory Avenue, Suite 700 | Dallas | TX | 75219 | | 02/16/2023 | $388,106.59 | $388,106.59 | | | |
| 163 | Links Insurance Services, LLC | Philip Landau, Esq. | 3010 N. Military Trail, Suite 318 | | Boca Raton | Florida | 33431 | | 02/17/2023 | $1,700,000.00 | $1,700,000.00 | | | |
| 165 | Ace-Zec Inc. | Marlon Simmons | 3021 W Warren Blvd. | | Chicago | IL | 60612 | | 02/17/2023 | $17,177.06 | | $17,177.06 | | |
| 166 | Elizabeth Benjamin | | 1740 South State Road 7 | Apt #303 | North Lauderdale | FL | 33068 | | 02/18/2023 | $37,567.02 | $22,417.02 | | $15,150.00 | |
| 167 | Zak, Charlita L. and Jeffrey D. | | 5315 Boardwalk St. | | Holiday | FL | 34690 | | 02/18/2023 | $1,996.64 | $1,996.64 | | | |
| 168 | Sovos Compliance, LLC | Attn: Lori Bradshaw | 200 Ballardvale Street 4th Floor | | Wilmington | MA | 01887 | | 02/20/2023 | $2,771.49 | $2,771.49 | | | |
| 169 | Florida Department of Financial Services as Receiver of FedNat Insurance Company | Attn: Jesus Suarez, Esq. | 255 Alhambra Circle | Suite 640 | Coral Gables | FL | 33134 | | 02/20/2023 | $42,646,479.44 | 42646479.44 & Ex. A | | | |
| 170 | Quality Risk Inspections | Carlos Anico | 911 Hawie St | | Jupiter | FL | 33458 | | 02/20/2023 | $2,177.50 | $2,177.50 | | | |
| 175 | Vilma Katz | c/o Frank, Weinberg & Black, P.L. | Attn: John Schank | 7805 SW 6th Court | Plantation | FL | 33324 | | 02/20/2023 | $16,674.80 | $16,674.80 | | | |
| 177 | EZ Claim Solutions Inc | Hannah York | 14902 Preston Rd | Ste 404 Unit 396 | Dallas | TX | 75254 | | 02/20/2023 | $40,010.00 | | $40,010.00 | | |
| 178 | James Romero | | P.O. Box 231 | | Hamshire | TX | 77622 | | 02/20/2023 | $9,919.29 | $9,919.29 | | | |
| 184 | Monarch National Insurance Company | c/o Moore & Van Allen PLLC | Attn: James Langdon | 100 North Tryon Street | Charlotte | NC | 28202 | | 02/21/2023 | $232,766.00 | $232,766.00 | | | |
| 186 | TierPoint, LLC | c/o Leigh A. Hoffman | Lippes Mathias LLP | 54 State Street, Suite 1001 | Albany | NY | 12207 | | 02/21/2023 | $1,136,753.95 | $1,136,753.95 | | | |
| 189 | Jennifer G. Kimbrough | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 194 | David W. Michelson | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 201 | David Patterson | c/o Bush Ross, P.A. | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 207 | Ez Claim Solutions Inc. | | 14902 Preston Road | Ste 404 | Dallas | TX | 75254 | | 02/21/2023 | $40,010.00 | | $40,010.00 | | |
| 208 | Bradyn Valencia | | 3275 Frederick Blvd | #14 | Delray Beach | FL | 33483 | | 02/21/2023 | $6,683.67 | $6,683.67 | | | |
| 212 | Bradyn Valencia | | 3275 Frederick Blvd | #14 | Delray Beach | FL | 33483 | | 02/21/2023 | $52,145.11 | $52,145.11 | | | |
| 213 | Bradyn Valencia | | 3275 Frederick Blvd #14 | | Delray Beach | FL | 33483 | | 02/21/2023 | $96,961.53 | $96,961.53 | | | |
| 215 | Southeast Catastrophe Consulting Company, LLC | Attn: Richard M. Gaal, Esq | PO Box 350 | | Mobile | AL | 36601 | | 02/21/2023 | $2,171,913.14 | $2,171,913.14 | | | |
| 216 | Bradyn Valencia | | 3275 Frederick Blvd #14 | | Delray Beach | FL | 33483 | | 02/21/2023 | $1,255.70 | $1,255.70 | | | |
| 219 | Sawgrass Commerce Center Property Owner, LLC | c/o Ballard Spahr LLP | Attn: Dustin P. Branch | 2029 Century Park East | Los Angeles | CA | 90067-2915 | | 02/21/2023 | $2,095,181.57 | $1,866,176.89 | | | $229,004.68 |
| 221 | Thomas A. Rogers | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 222 | Insurance Servics Office, Inc. | c/o McCarter & English, LLP | Attn: Matthew G. Wapner | 100 Mulberry Street | Newark | NJ | 07102 | | 02/21/2023 | $698,815.47 | $698,815.47 | | | |
| 227 | Bruce F. Simberg | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 233 | Roberta N. Young | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 | | 02/21/2023 | $0.00 | Unknown | | | |
| 236 | Strategic Assesments Inc. | | 2539 Bentshire Dr | | Jacksonville | FL | 32246 | | 02/21/2023 | $25,968.16 | $12,984.08 | | $12,984.08 | |
| 237 | Michael C Batcho Inc | | 18204 Abbey Lane | | Lutz | FL | 33548 | | 02/21/2023 | $21,125.00 | $21,125.00 | | | |
| 238 | Bradyn Valencia | | 3275 Frederick Blvd | #14 | Delray Beach | FL | 33483 | | 02/21/2023 | $40,154.09 | $40,154.09 | | | |
| 241 | Adam Enamorado | | 343 W. Saint Mary | | Covington | LA | 70433 | | 02/21/2023 | $2,811.25 | $2,811.25 | | | |
| 242 | James H Beasley | | 3709 Marietta St | | Chalmette | LA | 70043 | | 02/21/2023 | $7,875.00 | $7,875.00 | | | |
| 243 | Noah Newman | | 14302 Wilson Way Dr. | | Baton Rouge | LA | 70817 | | 02/21/2023 | $13,870.16 | | $13,870.16 | | |
| 244 | Marlin Alan Adams | Bruce Adams | 10251 Willow Leaf Drive | | Gulfport | MS | 39503 | | 02/21/2023 | $22,799.69 | | $22,799.69 | | |
| 247 | Universal Language Service, Inc. | Billing Department | 929 108th Ave NE, Suite 710 | | Bellevue | WA | 98004 | | 02/22/2023 | $2,388.00 | $2,388.00 | | | |
| 248 | Lucas, Christopher | | 5590 Bermuda Dunes Cir | | Lake Worth | FL | 33463 | | 02/28/2023 | $5,314.50 | $5,314.50 | | | |
| 249 | Armstrong, Ebony | | 2539 Keegan Drive | | Murfreesboro | TN | 37130 | | 02/28/2023 | $3,000.00 | $3,000.00 | | | |
| 250 | Robert Half Management Resources | c/o Recovery Dept | PO Box 5024 | | San Ramon | CA | 94583 | | 02/13/2023 | $15,691.25 | $15,691.25 | | | |
| 251 | Jaco Adjusters, LLC | | 1418 Cora Dr | | Baton Rouge | LA | 70815 | | 03/06/2023 | $53,863.35 | $53,863.35 | | | |
| 252 | Armstrong, Ebony | | 2539 Keegan Drive | | Murfreesboro | TN | 37130 | | 03/06/2023 | $3,000.00 | $500.00 | | $2,500.00 | |
| 253 | Pixels on Target LLC | Attn: Sumeet Suri, President | 14050 NW 14th St | Ste 170 | Sunrise | FL | 33323 | | 03/08/2023 | $385,942.42 | $385,942.42 | | | |
| 254 | Erin OBrien | | 821 SE 12th Court #9 | | Fort Lauderdale | FL | 33316 | | 03/13/2023 | $133,000.00 | $133,000.00 | | | |
| 255 | BizLibrary | Andrew Pichee | 14500 S. Outer Forty Rd | Suite 500 | Town and Country | MO | 63017 | | 03/20/2023 | $89,249.20 | $89,249.20 | | | |
| 256 | Aon Corporation | Trish Clancey | 5600 W 83rd St STE 1100 | | Minneapolis | MN | 55437 | | 03/28/2023 | $119,343.76 | $119,343.76 | | | |
| 258 | Marta Cortina | Marta Cortina | 8451 SW 72 Terrace | | Miami | Fl | 33143 | | 04/05/2023 | $173,250.00 | | | $173,250.00 | |