IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                  Case No. 22-19451-PDR

FedNat Holding Company, *et al.*[1]                                Chapter 11

    Debtors.                                                                (Jointly Administered)
_____/

## CERTIFICATE OF SERVICE

I, Serina Tran, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned cases.

On May 12, 2023, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Debtors' Second Omnibus Motion Pursuant to Section 365(a) of the Bankruptcy Code Authorizing the Debtors to Reject Certain Executory Contracts** (Docket No. 341)

Dated: May 15, 2023

                                                                                             */s/ Serina Tran*
                                                                                         Serina Tran
                                                                                         STRETTO
                                                                                        410 Exchange, Suite 100
                                                                                        Irvine, CA 92602
                                                                                        Telephone: 888-708-0592
                                                                                        Email: TeamFedNat@Stretto.com

---

[1] The address of the Debtors is 14050 NW 14th Street, Suite 180, Sunrise, FL 33323. The last four digits of the Debtors' federal tax identification numbers are: FedNat Holding Company (8866), FedNat Underwriters, Inc. (8533), Insure-Link, Inc. (6769), Century Risk Insurance Services, Inc. (1854), ClaimCor, LLC (7581).

# **Exhibit A**



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| A.M. Best Company, Inc. | | One Ambest Road | | Oldwick | NJ | 08858 |
| ACC Business | | 400 West Avenue | | Rochester | NY | 14611 |
| Acc Business | | PO Box 105306 | | Atlanta | GA | 30348-5306 |
| ANV Global Services, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | 23611 Chagrin Blvd, Suite 207 | Beachwood | OH | 44122 |
| Auditboard, Inc. | | 12900 Park Plaza Dr. | Suite 200 | Cerritos | CA | 90703 |
| Bank of New York Mellon | Corporate Trust Administration | 240 Greenwich Street, Floor 7E | | New York | NY | 10286 |
| Broward County, Florida | c/o the Records, Taxes & Treasury Division | Attn: Andrew J. Meyers | 115 S Andrews Ave, Suite A-100 | Fort Lauderdale | FL | 33301 |
| Bruce F. Simberg | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 |
| Buildfax, Inc. | | 42 North Broad Avenue | | Asheville | NC | 28801 |
| Cape Analytics, Inc. | | 100 West Evelyn St. | Suite 220 | Mountain View | CA | 94041 |
| CCC Information Services Inc. | | World Trade Center Chicago | 222 Merchandise Mart Plaza, Suite 900 | Chicago | IL | 60654 |
| CDS Business Mapping, LLC | | 11902 Burnet Road | | Austin | TX | 78758 |
| Computershare Inc. | | Dept. Ch 16934 | | Palatine | IL | 60055-6934 |
| Concur Technologies, Inc. | | 62157 Collections Center Drive | | Chicago | IL | 60693 |
| David Patterson | c/o Bush Ross, P.A. | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 |
| David W. Michelson | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 |
| Department of Revenue - Internal Revenue Service | | PO Box 7346 | | Philadelphia | PA | 19101-7346 |
| Ernst & Young LLP | | 1 Manhattan W | 401 9th Ave. | New York | NY | 10001 |
| Federated National Insurance Company | | 14050 NW 14th Street | Suite 180 | Sunrise | FL | 33323 |
| FGF Strategic Consulting LLC [Fundamental Global Advisors LLC] | Attn: Hassan Baqar | 104 S. Walnut, Suite 1A | | Itasca | IL | 60143 |
| Florida Department of Financial Services as Receiver of FedNat Insurance Company | c/o Continental PLLC | Attn: Jesus M. Suarez, Esq. | 255 Alhambra Circle, Suite 640 | Coral Gables | FL | 33134 |
| HG Managing Agency, LLC | c/o Berger Singerman LLP | Attn: Brian G. Rich, Esq., Michael J. Niles | 313 North Monroe Street, Suite 301 | Tallahassee | FL | 32301 |
| Insurance Services Office, Inc. | | 545 Washington Blvd. | | Jersey City | NJ | 07301 |
| Insurance Services Office, Inc. | c/o McCarter & English, LLP | Attn: Matthew G. Wapner | 100 Mulberry Street, Four Gateway Center | Newark | NJ | 07102 |
| Jennifer G. Kimbrough | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 |
| Karen Clark & Company | | 116 Huntington Avenue | | Boston | MA | 02116 |
| Links Insurance Services | c/o Landau Law, PLLC | Attn: Philip Landau | 3010 N Military Trail, Suite 318 | Boca Raton | FL | 33431 |
| Marshall & Swift/Boeckh, LLC, service providing affiliate of CoreLogic Solutions, LLC | | 10700 West Research Drive | Suite 200 | Wauwatosa | WI | 53226 |
| Michael H. Braun | | 10291 Sweet Bay Street | | Plantation | FL | 33324 |
| Microstrategy Services Corporation | | 1850 Towers Crescent Plaza | | Tysons Corner | VA | 22182 |
| Millennium Information Services, Inc. | | 500 Park Blvd. | Suite 1100 | Itasca | IL | 60143 |
| Milliman, Inc. | | 650 California St. | 21st Floor | San Francisco | CA | 94108 |
| Mitel Cloud Services, Inc. | Attn: Greg Hiscock | 1146 North Alma School Road | | Mesa | AZ | 85201 |
| Mitel Cloud Services, Inc. | c/o Haynes and Boone, LLP | Attn: Ian T. Peck, Thomas J. Zavala | 2323 Victory Avenue, Suite 700 | Dallas | TX | 75219 |
| Mitel Cloud Services, Inc. [MCS] | c/o Haynes and Boone, LLP | Attn: Tom Zavala | 2323 Victory Avenue, Suite 700 | Dallas | TX | 75219 |
| Monarch National Insurance Company and HP Managing Agency, LLC | c/o Shutts & Bowen LLP | Attn: Harris J. Koroglu, Esq. | 200 South Biscayne Boulevard, Suite 4100 | Miami | FL | 33131 |
| Office of The United States Trustee | Heidi A. Feinman | 51 SW First Avenue, Room 1204 | | Miami | FL | 33130 |
| Pacific Investment Management Company LLC | | 650 Newport Center Drive | | Newport Beach | CA | 92660 |
| Perficient, Inc | Attn: Jeff Myska | 555 Maryville University Dr. | Suite 600 | St. Louis | MO | 63141 |
| Quadient, Inc. | | 478 Wheelers Farm Rd. | | Milford | CT | 06461 |
| Risk Management Solutions, Inc. | | 7575 Gateway Boulevard | Suite 300 | Newark | CA | 94560 |

In re: FedNat Holding Company, et al.
Case No. 22-19451



## Exhibit A
Served Via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Roberta N. Young | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 |
| Securities & Exchange Commission | | 801 Brickell Ave., Suite 1950 | | Miami | FL | 33131 |
| State of Alabama | Office of the Attorney General | 501 Washington Ave | | Montgomery | AL | 36104 |
| State of California | Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 |
| State of Colorado | Office of the Attorney General | Ralph L. Carr Judicial Building | 1300 Broadway, 10Th Fl | Denver | CO | 80203 |
| State of Florida | Office of the Attorney General | The Capitol Pl-01 | | Tallahassee | FL | 32399 |
| State of Georgia | Office of the Attorney General | 40 Capitol Sq Sw | | Atlanta | GA | 30334 |
| State of Maine | Office of the Attorney General | 6 State House Station | | Augusta | ME | 04333 |
| State of Maryland | Office of the Attorney General | 200 St. Paul Pl | | Baltimore | MD | 21202 |
| State of Michigan | Office of the Attorney General | G. Mennen Williams Building, 7th Floor | 525 W Ottawa St | Lansing | MI | 48909 |
| State of New Jersey | Office of the Attorney General | Richard J. Hughes Justice Complex | 25 Market St | Trenton | NJ | 08625 |
| State of New Mexico | Office of the Attorney General | 408 Galisteo Street | Villagra Building | Santa Fe | NM | 87501 |
| State of New York | Office of the Attorney General | The Capitol | 2nd Floor | Albany | NY | 12224 |
| State of North Carolina | Office of the Attorney General | 114 W Edenton St | | Raleigh | NC | 27603 |
| State of Oklahoma | Office of the Attorney General | 313 Ne 21St St | | Oklahoma City | OK | 73105 |
| State of Tennessee | Office of the Attorney General | 301 6Th Ave N | | Nashville | TN | 37243 |
| State of Texas | Office of the Attorney General | 300 W. 15Th St | | Austin | TX | 78701 |
| The Bank of New York Mellon | c/o Emmet, Marvin & Martin, LLP | Attn: Thomas A. Pitta | 120 Broadway, 32nd Floor | New York | NY | 10271 |
| The Ultimate Software Group, Inc. | | 2000 Ultimate Way | | Weston | FL | 33626 |
| Thomas A. Rogers | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | PO Box 3913 | Tampa | FL | 33601-3913 |
| TierPoint, LLC | c/o Landau Law, PLLC | Attn: Philip Landau | 3010 N Military Trail, Suite 318 | Boca Raton | FL | 33431 |
| TierPoint, LLC | c/o Lippes Mathias LLP | Attn: Leigh A. Hoffman | 54 State Street, Ste. 1001 | Albany | NY | 12207 |
| TrialNet, Inc. dba Acuity Management Solutions | | 5 East 2nd St. | | Richmond | VA | 23224 |
| U.S. Attorney's Office Southern District of Florida | Juan Antonio "Tony" Gonzalez | 99 N.E. 4th Street | | Miami | FL | 33132 |
| UKG, Inc. | | 2000 Ultimate Way | | Weston | FL | 33626 |
| UKG, Inc. | c/o Akerman LLP | Attn: D. Brett Marks, Esq. | 201 Las Olas Boulevard, Suite 1800 | Fort Lauderdale | FL | 33301 |
| Vrisk/Insurance Services Office, Inc. | | 545 Washington Boulevard | | Jersey City | NJ | 07301-1686 |
| Xactware Solutions, Inc. | | 1100 West Traverse Prakway | | Lehi | Utah | 84043 |
| Xactware Solutions, Inc. | | PO Box 30196 | | New York | NY | 10087 |

In re: FedNat Holding Company, et al.
Case No. 22-19451

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| ANV Global Services, Inc. | c/o Maurice Wutscher, LLP | Attn: Alan C. Hochheiser | ahochheiser@mauricewutscher.com |
| Bank of New York Mellon | Corporate Trust Administration | | dimple.gandhi@bnymellon.com |
| Bruce F. Simberg | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | jwarren@bushross.com |
| David Patterson | c/o Bush Ross, P.A. | Attn: Jeffrey W. Warren | jwarren@bushross.com |
| David W. Michelson | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | jwarren@bushross.com |
| FGF Strategic Consulting LLC [Fundamental Global Advisors LLC] | Attn: Hassan Baqar | | hbaqar@sequoiafin.com |
| Florida Department of Financial Services as Receiver of FedNat Insurance Company | c/o Continental PLLC | Attn: Jesus M. Suarez, Esq. | jsuarez@continentalpllc.com dsanchez@continentalpllc.com |
| HG Managing Agency, LLC | c/o Berger Singerman LLP | Attn: Brian G. Rich, Esq., Michael J. Niles | brich@bergersingerman.com mniles@bergersingerman.com |
| Insurance Services Office, Inc. | c/o McCarter & English, LLP | Attn: Matthew G. Wapner | mwapner@mccarter.com |
| Jennifer G. Kimbrough | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | jwarren@bushross.com |
| Links Insurance Services | c/o Landau Law, PLLC | Attn: Philip Landau | phil@landau.law |
| Mitel Cloud Services, Inc. | Attn: Greg Hiscock | | greg.hiscock@mitel.com |
| Mitel Cloud Services, Inc. | c/o Haynes and Boone, LLP | Attn: Ian T. Peck, Thomas J. Zavala | ian.peck@haynesboone.com tom.zavala@haynesboone.com |
| Mitel Cloud Services, Inc. [MCS] | c/o Haynes and Boone, LLP | Attn: Tom Zavala | tom.zavala@haynesboone.com |
| Monarch National Insurance Company and HP Managing Agency, LLC | c/o Shutts & Bowen LLP | Attn: Harris J. Koroglu, Esq. | hkoroglu@shutts.com |
| Office of The United States Trustee | Heidi A. Feinman | | heidi.a.feinman@usdoj.gov |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler | bsandler@pszjlaw.com |
| Official Committee of Unsecured Creditors | c/o Pachulski Stang Ziehl & Jones LLP | Attn: Bradford J. Sandler, Paul J. Labov, Steven W. Golden | bsandler@pszjlaw.com plabov@pszjlaw.com sgolden@pszjlaw.com |
| Official Unsecured Creditors Committee | c/o Bast Amron LLP | Attn: Jeffrey P. Bast, Esq., Hayley G. Harrison, Esq. | jbast@bastamron.com hharrison@bastamron.com jdepina@bastamron.com kjones@bastamron.com jmiranda@bastamron.com mdesvergunat@bastamron.com |
| Perficient, Inc | Attn: Jeff Myska | | jeffrey.myska@perficient.com |
| Roberta N. Young | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | jwarren@bushross.com |
| State of Alabama | Office of the Attorney General | | consumerinterest@alabamaag.gov |
| State of California | Office of the Attorney General | | xavier.becerra@doj.ca.gov |
| State of Colorado | Office of the Attorney General | | cora.request@coag.gov |
| State of Florida | Office of the Attorney General | | ashley.moody@myfloridalegal.com |
| State of Maryland | Office of the Attorney General | | oag@oag.state.md.us |
| State of Michigan | Office of the Attorney General | | miag@michigan.gov |
| State of New Mexico | Office of the Attorney General | | hbalderas@nmag.gov |
| State of Oklahoma | Office of the Attorney General | | questions@oag.ok.gov |
| The Bank of New York Mellon | c/o Emmet, Marvin & Martin, LLP | Attn: Thomas A. Pitta | tpitta@emmetmarvin.com ezujkowski@emmetmarvin.com |
| Thomas A. Rogers | c/o Bush Ross, PC | Attn: Jeffrey W. Warren | jwarren@bushross.com |
| TierPoint, LLC | c/o Landau Law, PLLC | Attn: Philip Landau | phil@landau.law |
| TierPoint, LLC | c/o Lippes Mathias LLP | Attn: Leigh A. Hoffman | lhoffman@lippes.com |
| UKG, Inc. | c/o Akerman LLP | Attn: D. Brett Marks, Esq. | brett.marks@akerman.com charlene.cerda@akerman.com |

In re: FedNat Holding Company, et al.
Case No. 22-19451

Page 1 of 1