

**ORDERED in the Southern District of Florida on October 3, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.: 0:22-19451-PDR |
| FEDNAT HOLDING COMPANY, *et al*[1]. | Chapter 11 (Jointly Administered) |
| Debtors. / | |

### ORDER REGARDING PLAN RELEASES, DISCHARGES, INJUNCTIONS, AND EXCULPATIONS AS TO NON-VOTING PRESENT AND FORMER DIRECTORS AND OFFICERS OF DEBTORS

**THIS MATTER** having come before the Court on September 28, 2023, at 2:00 p.m. ET to consider the *Motion of Present and Former Directors and Officers of Debtors Pursuant to Federal Rule of Bankruptcy Procedure 3018(a) to Allow Claims for Voting Purposes* (the "**Motion**") [ECF No. 600] filed by David Patterson, Bruce Simberg, Jenifer Kimbrough,

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each of the Debtors' federal tax identification numbers are: FedNat Holding Company (Case No. 22-19451) (8866); FedNat Underwriters, Inc. (Case No. 22-19452) (8533); ClaimCor, LLC (Case No. 22-19453) (7581); Century Risk Insurance Services, Inc. (Case No. 22-19454) (1854); and Insure-Link, Inc. (Case No. 22-19455) (6769). The Debtors' headquarters are located at 1 East Broward, Suite 700, Fort Lauderdale, Florida 33301

Thomas Rogers, David Michelson and Roberta Young (collectively, the "**Movants**") and the joinders in the Motion (collectively, the "**Joinders**") filed by the following additional present and former directors and officers of certain Debtors (collectively, the "**Additional D&Os,**" and together with the Movants and any other current or former officer, director, member or manager of any of the Debtors, solely in his or her capacity as such, the "**D&Os**"): (a) Erick A. Fernandez, Brian S. Gardner and James Gordon Jennings, III [ECF 683], (b) Douglas Raucy [ECF 705], and (c) Michael H. Braun [ECF 718]. The Court will enter a separate order regarding the voting rights on the Plan[2] sought in the Motion and the Joinders.

Having reviewed the Motion and the Joinders and the opposition filed by the Debtors and the Official Committee of Unsecured Creditors [ECF 701] and the reply to the opposition filed by the Movants [ECF 720], and considered and heard the arguments and concurrence of the counsel for the interested parties regarding the relief granted by this Order, and the Court having determined that the legal and factual circumstances of these Chapter 11 cases establish cause for the relief granted herein, and for the reasons stated in open court, which shall constitute the decision of this Court, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.  Notwithstanding the fact or determination that a D&O is not entitled to vote to accept or reject the Plan or to otherwise elect out of the releases, discharges, injunctions, and exculpation provisions proposed by the Plan Proponents in Article XII of the Plan or any other provisions or means (collectively, without limitation, the "**Releases**"), the D&Os are:

    a.  deemed to elect out of the Releases, and

---

[2] Capitalized terms used but otherwise not defined herein shall have the meanings ascribed to such terms in the First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of FedNat Holding Company and Its Debtor Affiliates, or the Motion, as applicable.

    b.  deemed to elect not to grant the Releases, and

    c.  will not be bound by the Releases.

  2.  Nothing in this Order shall (i) affect, impair, prejudice, or otherwise alter the terms and conditions of the D&O Liability Insurance Policies, any related agreements, and/or any related reservation(s) of rights provided by the D&O Insurance Carriers; (ii) affect, impair, prejudice, or otherwise alter the rights, obligations, and defenses of the D&O Insurance Carriers, the D&Os, or any of the Debtors under the D&O Liability Insurance Policies, any related agreements, and/or any related reservation(s) of rights provided by the D&O Insurance Carriers, D&Os, or any of the Debtors in connection therewith; (iii) relieve the Debtors and/or their estates of any of their obligations under any insurance policies, including but not limited to the D&O Liability Insurance Policies, and related agreements; or (iv) preclude or limit, in any way, the rights of any D&O Insurance Carriers including, without limitation, the D&O Insurance Carriers, to contest and/or litigate the existence, primacy, and/or scope of available coverage under any allegedly applicable insurance policies, including, without limitation, the D&O Liability Insurance Policies, or to otherwise assert any defenses to coverage, and such D&O Insurance Carriers, and/or any other parties to any such insurance policies, shall retain and reserve all rights and defenses, if any, that they would otherwise have under and/or with respect to such insurance policies.

  3.  Nothing in this Order shall constitute or be deemed to constitute a finding, representation, admission, or determination as to the existence of coverage or the applicability of any insurance policies, including, without limitation, the D&O Liability Insurance Policies.

  4.  The determination to establish the opt out of the Releases by this Order shall not constitute or be construed as a finding by the Court, or an admission by any party, regarding the

validity or ultimate amounts of any Claims against the Debtors filed by D&Os.

5. Any order confirming the *First Amended Combined Disclosure Statement and Chapter 11 Plan of Liquidation of FedNat Holding Company and Its Debtor Affiliate*s (the "**Plan**") [ECF 567, 567-1 through 567-8, 661] shall incorporate the relief granted in paragraphs 1-4 of this Order.

6. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

# # #

**Submitted By**:

Jeffrey W. Warren, Esq.
BUSH ROSS, P.A.
Post Office Box 3913
Tampa, Florida 33601-3913
Telephone: (813) 224-9255
Email: jwarren@bushross.com
Counsel for Movants

*(Attorney Jeffrey W. Warren is directed to serve this order upon all non-registered users who have yet to appear electronically in this case and file a conforming certificate of service)*